IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED JACOBSON | : |
| | : |
| v. | :   No. 22-cv-1464 |
| | : |
| CITY OF PHILADELPHIA | : |

## ORDER

**SURRICK, J.**                                                                 **MARCH 19, 2025**

**AND NOW**, this <u>19th</u> day of March, 2025, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF No. 22), as well as all documents and arguments submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

                                                                             **BY THE COURT:**

                                                                             */s/ R. Barclay Surrick*
                                                                             **R. BARCLAY SURRICK, J.**