IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED JACOBSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | NO. 22-1464 |

**ORDER**

**AND NOW,** this 18th day of November 2025, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.[1]

**IT IS FURTHER ORDERED** that the dismissal may be vacated, modified, or stricken from the record, for good cause shown, within ninety (90) days of the entry of such order of dismissal.

**IT IS SO ORDRED**.

**BY THE COURT:**

**R. BARCLAY SURRICK**

Civ. 2 41.1(b) (4/21)

[1] On November 18, 2025, the Court was informed that the parties had reached an agreement.